PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

FILED
JUN 17 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____plt_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF TEXAS
_____ DIVISION

Octavio Cazares Gutierrez Junior  97647  11/30/1985
Plaintiff's Name and ID Number

Ector County Detention Center
Place of Confinement
P.O. Box 331 Odessa TX 79761
Secondary Address
12285 W. Citation, Odessa TX 79763

v.

CASE NO. MO: 20-CV-00151
(Clerk will assign the number)

Ector County Sheriffs Department.
Defendant's Name and Address

Ector County Detention Center. 2500 HWY 385 Odessa TX 79761
Defendant's Name and Address

_____
Defendant's Name and Address
( DO NOT USE "ET AL.")

**INSTRUCTIONS - READ CAREFULLY**

**NOTICE:**

Your complaint is subject to dismissal unless it conforms to these instructions and this form.

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES **X** NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1. Approximate date of filing lawsuit:_____

        2. Parties to previous lawsuit:

           Plaintiff(s)_____

           Defendant(s)_____

        3. Court: (If federal, name the district; if state, name the county.)_____

        4. Cause number:_____

        5. Name of judge to whom case was assigned:_____

        6. Disposition: (Was the case dismissed, appealed, still pending?)_____

        7. Approximate date of disposition:_____

II.  PLACE OF PRESENT CONFINEMENT: _Ector County Detention Center #4401_

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted all steps of the institutional grievance procedure?   ✓ YES   ___NO
Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:
A. Name and address of plaintiff: _Octavio Cazares Gutierrez Junior  12285 W. Citation Odessa TX. 79763_

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: _Ector County Detention Center. 2500 US Hwy Odessa TX 79761_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #2: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #3: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal arguments or cite any cases or statutes</u>. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

pages AttAtched.

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

$462,280.00 For Pain Suffering, Punitive Damages, Reputation Damage, Confidentiality breach Damages, Financial, Physical & Emotional Distress & Damages MCH. Bills paid.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Octavio Cazares Gutierrez, Junior, Speedy, TAVi

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

971647 LEC, FED 50331180981867533

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?   ___YES  X NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

  1. Court that imposed sanctions (if federal, give the district and division):_____
  2. Case number:_____
  3. Approximate date sanctions were imposed:_____
  4. Have the sanctions been lifted or otherwise satisfied?   ___YES ___NO

4

    C. Has any court ever warned or notified you that sanctions could be imposed?   ____YES _X_ NO

    D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

        1. Court that issued warning (if federal, give the district and division):_____

        2. Case number:_____

        3. Approximate date warning was issued:_____

Executed on: _____
          DATE

                                              (Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __14__ day of __June__, 20 __20__
          (Day)           (month)       (year)

                                              (Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

5

V. Octavio Gutierrez Gazares Junior 11/30/1985
12285 W. Citation DR. Odessa TX 79763/525**-**-**05
P.O. Box 331 Odessa TX 79761

Statement of Claim... page 1

On or about September 26 2019 I was Booked into the Ector County Detention Center on a failure to Appear for Assault on Public Servant. During my Booking I stated to the Bookkeeper that I was an ex gang member of the West Texas Tango Blast Gang and that I am not allowed to be around them, due to ex affiliation.

The Detention Center Block of 2000 is know for the placement of "The More Violent Gang Members" where all The Tangos are placed. I stated to the Staff That I am not allowed back there by the gang inmates. Wich I understand that the gangs do not run the System, but also know that its Segregated controllably by the staff to keep them in 2000 block. When I stated to staff that I would and most likely will be assaulted if placed there they stated that it was not there problem and that I shouldn't be gang banging, I stated that I was refusing to house in the block of 2000, and was told I dint have a choice where I later sat down on chair and refused to go. I was approached by Jailors that litterly physically apprehended me and carried me into 2000 Block and closed Door on Me I was there 2 days when by lites out I was asleep when suddently I was assaulted while I slept by two

inmates of the West Texas Tang Blast Gang, That ended up in removal of myself and placed in 4402 block after I was Seen by Doctor. (I Request $ with your permission your Honor Video Survalence) and The Request of my Statements. Where I was placed was in the 4402 wich is The protective Custody tank. Due to me being transffered by Sheriffs Department from The County of LEA County Lovington NM, where I also was placed on protective Custody due to Same $ past issues That have to do with my Federal Stint. So with That being Said, I am in know and Common Sense that by being tranffered They Include my file in The tranffering So when viewed by Ector County Detention Center They Should of known I was Supposed To be in a P.C. Tank due to My Ex affiliation Et. where I later was Released.

    Upon my release I was placed on 5 years Deffered probation where I later revoked for Dirty UA.. The Reason behind my Drug Use and problem is Due to the P.C. problem that is Caused by Leak In the Sytem where I am being Harrassed in the Free World, also was Shot at where I was a victum of a Drive by wich I do recall my mother called the Cops where they later Whent by my Home

I was told by Some friends That it was retaliation by ex gang members. The reason I dont relocate to another city or town is because I cant due to probation. I can Not work due to mental ptsD Caused by this Situation where Now I am placed on medication like Zyprexa 5 mg for Mood & Voices Trazadone for Depression & Insomnia & Cymbalta for Depression & Anxiety.

2. On or about The Dates of November 16 2019 according to the account summary I was and is being charged 23064.04 for medical bills for This Second Incident that occured on the month of November Do not recall exact Date but do ask for Verification of Incidents Audio & Video Survelliances proof also officers involved. wich like first Incciden, I Stated to The Same Bookkeeper That I can not be placed In the 2000 block where she stated its Not her problem, where I all ready knew they knew the Same Outcome would be the Outcome So I was placed in the 2000 Block Area where Once again I was Assaulted by Unknow West texas Tango Blast Gang Members in The Recreation Center, where I Seen The officer Look in

and Saw what was happening and refused to Call in tho Code of assault, I had to physically remove myself and run Out of Rec Area, you Can See the Video Survelliance, Simontaniously When I was being Assaulted The guard Looked in and turned around and Neglected me Help. Like Their Duty is to protect & Serve. wich he dint do. I was taken to the Hospital where I was katscaned and released later placed in the Same protective Custody tank 4401 where I am Currently writing this Statement.

Everything Could of been prevented if The Staff of the Detention Center would do the proper Job of placing inmate Segregatedly especially if They are known to be gang member or ex gang members, I was told the first time they Summit in the Computer that they put a keep away from active West Texas Tango Gang if That was The Case why wasnt The procedured followed The Second time. Neglect. So Now I am being Harrassed By Collecting agency on This Medical bills That Could of been prevented if Things would of been done the proper way I Understand being in a gang is wrong so I decided to remove myself from that

Situation. And also understand that Theres repucautions. but i Asked for Help & Looks more like they want me to get hurt and sent to prison were more easier to ge hurt. I Can Not recieve Commissary Money On My books due to what I Owe due to going to hospital for The assaults on me. heres The Ector Co Jail Resident Account Summary where it states 3 X that I am being Charged 9/26/19 5178.74 MCH 9/26/19 5178.74 on the 12/09/2019 Then On 12/31/2019 again 5178.74 Then on 1/15/2020 5178.74 wich all state 9/26/19 does Not make Sense. Then 10 24 2019 was also Charged again 5178.74 I would like to Sue the Ector County Jail or Detention Center on These grounds

- Pain & Suffering
- punitive Damages
- Financial Distress
- physical & Emotional Distress.
- Financial Harrassment.

Octavio Gutierrez 97447
P.O. Box 331
Odessa Tx. 79760

This is (Copie)

U.S. Clerk
200 E. Wall St Rm 222
Midland Tx 79701

RECEIVED
JUN 17 2020
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

